UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAM WORRELL,

       Plaintiff,

-against-

DOLLAR N DISCOUNT LLC d/b/a REAL DEAL and
59 JOHN COMMERCIAL LLC,

       Defendants.

---

Case No. 16CV5036

NOTICE OF MOTION FOR
DEFAULT JUDGMENT

**PLEASE TAKE NOTICE** that plaintiff, SAM WORRELL, by his attorney, Donald J. Weiss, will move this Court, on May 24, 2017, at the Courthouse, 500 Pearl Street, Courtroom 14D, New York, New York, pursuant to Federal Rule of Civil Procedure 55 (b) and Local Civil Rule 55.2 to enter default judgment in favor of plaintiff and against defendant 59 JOHN COMMERCIAL LLC, on the grounds that said defendant failed to answer or otherwise defend against the complaint.

Dated: April 26, 2017

              _____
              Donald J. Weiss, Esq. (7619)
              Attorneys for Plaintiff
              363 Seventh Avenue, 4th Floor
              New York, New York 10001
              (212) 967-4440